**Patrick ROBERTSON, Appellant,**

v.

**Larry NORRIS, Director, Arkansas Department of Correction, Appellee.**

No. 07–3796.

United States Court of Appeals, Eighth Circuit.

Submitted: June 4, 2009.

Filed: June 8, 2009.

Byron Cole Rhodes, Hot Springs, AR, for Appellant.

Patrick Robertson, Tucker, AR, pro se.

Kelly Hill, Attorney General's Office, Little Rock, AR, for Appellee.

Before RILEY, SMITH, and BENTON, Circuit Judges.

PER CURIAM.

Arkansas inmate Patrick Robertson appeals after the district court [1] dismissed as time-barred his 28 U.S.C. § 2254 petition challenging his parole classification. Upon de novo review, *see Painter v. Iowa*, 247 F.3d 1255, 1256 (8th Cir.2001), and careful consideration of the arguments on appeal, we agree with the district court's conclu-

---

1. The Honorable J. Leon Holmes, Chief Judge, United States District Court for the Eastern District of Arkansas, adopting the report and recommendations of the Honorable Beth Deere, United States Magistrate Judge for the Eastern District of Arkansas.

sion that the petition was untimely under 28 U.S.C. § 2244(d)(1).

Accordingly, we affirm. *See* 8th Cir. R. 47B.